# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>US Mail Priority Parcel 9505 5104 1566 2010 1948 48 approx. 12.25" X 12"X 6" addressed to "Jeffrey Crespo 105 E Marshall Street Apt 6 Norristown, Pa 19401" | Case No. 22-MJ-75 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

US Mail Priority Parcel 9505 5104 1566 2010 1948 48 US approx. 12.25" X 12" X 6" addressed to "Jeffrey Crespo 105 E Marshall St Apt 6 Norristown, Pa 19401  currently located at the USPS Inspection Office located in this District

located in the ____Eastern____ District of ____Pennsylvania____, there is now concealed *(identify the person or describe the property to be seized)*:

controlled substances and evidence of distribution of controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sec. 841(a)(1) | Possession with intent to distribute and distribution of controlled substances |

The application is based on these facts:
See Attached Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/Brian T. Bennett*
*Applicant's signature*

Brian T. Bennett, United States Postal Inspector (USPIS)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 14, 2022                */s/Hon. Timothy R. Rice*
                                                          *Judge's signature*

City and state: Philadelphia, PA        Hon. Timothy R. Rice, U.S. Magistrate Judge
                                                          *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) Case No. 22-MJ-75 |
| US Mail Priority parcel bearing Priority Mail number 9505 5104 1566 2010 1948 48 measuring approx. 12.25" x12" x 6" and addressed to Jeffrey Crespo 105 E Marshall Street Apt 6 Norristown, Pa 19401 | ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the **Eastern** District of **Pennsylvania**
*(identify the person or describe the property to be searched and give its location)*:

US Mail Priority parcel bearing Priority Mail number 9505 5104 1566 2010 1948 48 measuring approx. 12.25" x 12" x 6" and addressed to "Jeffrey Crespo 105 E Marshall Street Apt 6 Norristown, Pa 19401" which is currently located at the United States Postal Inspection Service Narcotics Office within the Eastern District of Pennsylvania.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances and evidence of distribution of controlled substances

**YOU ARE COMMANDED** to execute this warrant on or before **January 28, 2022** *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the duty magistrate.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: January 14, 2022 at 5:13 p.m.        */s/ Hon. Timothy R. Rice*
                                                                                       *Judge's signature*

City and state: PHILADELPHIA, PA                HON. TIMOTHY R. RICE  U.S. MAGISTRATE JUDGE
                                                                                       *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>22-MJ-75 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____<br><br><div align="right">*Executing officer's signature*</div><br><div align="right">*Printed name and title*</div> |

## **A F F I D A V I T**

1. I, Brian T. Bennett, am a United States Postal Inspector. I am currently assigned to the United States Postal Inspection Service ("USPIS"), Philadelphia Division. I graduated from the United States Postal Inspection Service Academy and have been employed as a Postal Inspector since October 2016. As part of my duties as a United States Postal Inspector, I investigate the use of the U.S. Mail to illegally transport controlled substances and drug trafficking, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846. I have been trained in various aspects of law enforcement, including the investigation of narcotics offenses. Through my education and experience and that of other agents assisting in this investigation, I have become familiar with the methods that individuals use to traffic narcotics through the U.S. Mail.

2. Based on my training and experience with the U.S. Postal Inspection Service, along with discussions with other agents about their experience, I have become familiar with the mechanics of the parcel delivery services and have developed a good understanding of the appeal these services have for those who choose them for the illegal transportation of controlled substances. Parcel delivery services offer rapid and dependable service for most metropolitan areas. Parcels are guaranteed for delivery in the number of specified days, with a refund if the parcel does not meet the service standards. To the smuggler, the refund is a minor consideration, but parcels delayed beyond the normal delivery time serve to alert the recipient that the authorities may have discovered the controlled substances. Additionally, parcel delivery services use assigned label numbers, which make it easy for the parcels to be tracked. The sender is given a time of shipment, plus the weight of the parcel.

3. On or about January 13, 2022, U.S. Postal Inspectors intercepted a US Mail Priority Parcel bearing Priority Mail number 9505 5104 1566 2010 1948 48 (hereinafter referred to as the "Subject Parcel"). The Subject Parcel was mailed on January 10, 2022, from San Juan, Puerto Rico, a known source location for controlled substances. The Subject Parcel has the following characteristics:

| | |
|---|---|
| Priority Mail No.: | 9505 5104 1566 2010 1948 48 |
| Measuring approx.: | 12.25" x 12" x 6" |
| Weighing Approx. | 4 lbs 4.3oz |
| Return Address: | Hector Rivera<br>1917 Ave Eduardo<br>Conde San Juan, Pr 00912 |
| Delivery Address: | Jeffrey Crespo<br>105 E Marshall Street Apt 6<br>Norristown, Pa 19401 |

4. Investigation of the Subject Parcel, through the United States Postal Service as well as law enforcement database CLEAR, showed the name "Hector Rivera" does not associate to the return address. From my training and experience, and the experience of other agents, I know that drug dealers who send controlled substances by the mail or other package delivery services, will often use a fictitious return addressee name when they are shipping parcels containing controlled substances. They use this subterfuge in order to prevent the sender of the package from being identified or directly linked to the contents.

5. On January 13, 2022, the Subject Parcel was exposed to drug detection canine named "Mizu." Mizu is handled by Special Agent Robert Weber with the

2

Pennsylvania Office of the Attorney General. SA Weber has been with the Pennsylvania Office of the Attorney General since 1999 and he has been a K9 handler since 2017. The Pennsylvania Office of the Attorney General certifies SA Weber and K9 Mizu on a yearly basis, and SA Weber and K9 Mizu have eight hours maintenance training every month during the year. In May 2021, SA Weber and K9 Mizu participated in the North American Police Work Dog Association and United States Police Canine Association Certifications. SA Weber and K9 Mizu successfully completed the certification and are certified in the detection of the following substances: Marijuana/Hashish, Cocaine hydrochloride/Cocaine base, Heroin Hydrochloride, Methamphetamine; Fentanyl, Oxycodone, LSD, and MDMA. SA Weber advised Postal Inspectors that Mizu alerted positive to the presence of illegal narcotics inside the Subject Parcel.

6. The Subject Parcel is presently located at the United States Postal Inspection Service Office within the Eastern District of Pennsylvania.

7. Based on the above information which I believe to be true and correct, I believe that the Subject Parcel contains controlled substances sent from San Juan, Puerto Rico to Norristown, Pennsylvania via US Mail Priority delivery services, and that the use of the US Mail Priority delivery services will facilitate the delivery of the controlled substances.

8. Because of the sensitive nature of the investigation, an Order is sought sealing the Application, Affidavit, and Search Warrant.

9. Accordingly, I respectfully request The Court to find probable cause and issue a search warrant authorizing the opening and search of the Subject Parcel which is

3

believed to contain controlled substances in violation of Title 21, United States Code, Sections 841(a)(1).

                                                             /s/Brian T. Bennett
                                                             Brian T. Bennett
                                                             U. S. Postal Inspector

Sworn to and Subscribed Before Me
This 14th day of January, 2022


   /s/Hon. Timothy R. Rice
HON. TIMOTHY R. RICE
U. S. MAGISTRATE JUDGE